OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

4/23/2015

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
APR 30 2015

STEWART, HERSHELL L.  Tr. Ct. No. W12-57547-Y (A)  WR-83,187-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

HERSHELL L. STEWART
DALLAS COUNTY JAIL

NOT IN DALLAS COUNTY JAIL

N3B 75202